UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
April 12, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR S-06-0138 WBS |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| HAZEL LAVERNE EDWARDS, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __HAZEL LAVERNE EDWARDS__ , Case No. __CR S-06-0138 WBS__ , Charge __18 USC §§ 287 and 2__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

X   Release on Personal Recognizance

___   Bail Posted in the Sum of $_____

___   Unsecured Appearance Bond $_____

___   Appearance Bond with 10% Deposit

___   Appearance Bond with Surety

___   Corporate Surety Bail Bond

X   (Other)   _Pretrial Services Supervision w/ Conditions_

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __April 12, 2006__ at __2:50 p.m.__

By _____
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal