```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2
    MARY M. FRENCH, Bar #126643
 3  Supervising Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    HAZEL LAVERNE EDWARDS
 7

 8

 9               IN THE UNITED STATES DISTRICT COURT

10               FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,   )  No. CR-S-06-138 WBS
                                )
13                  Plaintiff,  )
                                )  STIPULATION AND [PROPOSED] ORDER
14       v.                     )  CONTINUING STATUS CONFERENCE
                                )
15  HAZEL LAVERNE EDWARDS,      )  Date:  July 5, 2006
                                )  Time:  9:00 a.m.
16                  Defendant.  )  Judge: Hon. William B. Shubb
                                )
17  _____ )
```

18       It is hereby stipulated between the parties, Samantha Spangler,

19  Assistant United States Attorney, attorney for plaintiff, and Mary M.

20  French, attorney for defendant, that the status conference hearing date

21  of June 28, 2006 be vacated and a new status conference hearing date of

22  July 5, 2006 at 9:00 a.m. be set.

23       This continuance is being requested because the government is

24  preparing a written plea agreement and the defense needs time to review

25  it with Ms. Edwards.  In addition, the defense has requested medical

26  records that are pertinent to the case and is still awaiting receipt of

27  those records from Kaiser.  In addition, the parties have scheduled a

28  meeting for June 30, 2006, which needs to take place prior to the

resolution of the case.

It is further stipulated that the period from June 28, 2006 through and including July 5, 2006 should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: June 26, 2006

```
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ Mary M. French
                                    _____
                                    MARY M. FRENCH
                                    Supervising Assistant Federal
                                    Defender
                                    Attorney for Defendant
                                    HAZEL LAVERNE EDWARDS
```

Dated: June 26, 2006                MCGREGOR W. SCOTT
                                    United States Attorney

```
                                    /s/  Mary M. French for
                                         Samantha Spangler
                                    _____
                                    SAMANTHA SPANGLER
                                    Assistant U.S. Attorney
                                    per telephonic authorization
```

**ORDER**

**IT IS SO ORDERED.**

Dated:  June 28, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip & Order                        2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28