```
 1 McGREGOR W. SCOTT
   United States Attorney
 2 SAMANTHA S. SPANGLER
   Assistant U.S. Attorney
 3 501 I Street, Suite 10-100
   Sacramento, California 95814
 4 Telephone: (916) 554-2792
 5
 6
 7            IN THE UNITED STATES DISTRICT COURT
 8           FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10 UNITED STATES OF AMERICA,    )   CASE NO. 2:06-cr-138 WBS
                                )
11          Plaintiff,          )   STIPULATION AND [PROPOSED]
                                )   ORDER CONTINUING HEARING RE
12     v.                       )   JUDGMENT AND SENTENCING
                                )
13 HAZEL LAVERNE EDWARDS,       )
                                )   DATE:  April 23, 2007
14          Defendant.          )   TIME:  8:30 a.m.
   _____)   COURT: WILLIAM B. SHUBB
15
```

## Stipulation

Plaintiff United States of America and defendant Hazel Laverne Edwards, through counsel, hereby stipulate:

1. The hearing regarding judgment and sentencing may be rescheduled from March 26, 2007, to April 23, 2007 at 8:30 a.m.; and

2. The government's responses to the defendant's motion to correct the pre-sentence report and motion for specific performance, and any other sentencing memoranda, are due April 9, 2007.

The continuance is necessary because government needs additional time to respond to the defendant's motion for specific performance of the plea agreement, filed March 21, 2007.

1

1    Defense counsel has authorized the prosecutor to sign this
2 stipulation on her behalf.
3    So Stipulated.
4 DATED:  March 22, 2007          McGREGOR W. SCOTT
                                  United States Attorney
5
6                           by    /s/ Samantha S. Spangler
                                  Samantha S. Spangler
7                                 Assistant U.S. Attorney
8 DATED:  March 22, 2007          DANIEL J. BRODERICK
                                  Federal Defender
9
10                          by    /s/ Samantha S. Spangler for
                                  Mary M. French
11                                Supervising Assistant Federal
   Defender
12                                Counsel for Ms. Edwards
13
                                Order
14
15   Good cause appearing, the hearing regarding judgment and
16 sentencing shall be continued from March 26, 2007 to April 23,
17 2007 at 8:30 a.m.
18   The government's responses to the defendant's motion to
19 correct the pre-sentence report and motion for specific
20 performance, and any other sentencing memoranda, are due April 9,
21 2007.
22   IT IS SO ORDERED.
   DATED:  March 23, 2007
23
24                           _____
                             WILLIAM B. SHUBB
25                           UNITED STATES DISTRICT JUDGE
26
27
28

                                2