```
McGREGOR W. SCOTT
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:06-cr-138 WBS |
| ) | |
| Plaintiff, ) | GOVERNMENT'S APPLICATION TO |
| ) | WITHDRAW AND STRIKE SENTENCING |
| v.  ) | MEMORANDUM; [~~PROPOSED~~] ORDER |
| ) | |
| HAZEL LAVERNE EDWARDS, ) | |
| ) | DATE:  March 26, 2007 |
| Defendant. ) | TIME:  8:30 a.m. |
| _____) | COURT: Hon. William B. Shubb |

## Application

On Monday, March 19, 2007, the government filed a sentencing memorandum. C.R. 27. On Tuesday, March 20, defense counsel faxed a letter to the prosecutor objecting to the public filing of the document. In light of that objection, the government wishes to withdraw the sentencing memorandum and submit substitute documents. Therefore, the government requests that the Court issue the accompanying proposed order striking from the public record the government's filing of March 19, 2007, found in the Clerk's Record at No. 27.

DATED: March 21, 2007                           McGREGOR W. SCOTT
                                                United States Attorney


                                          by    /s/ Samantha S. Spangler
                                                Samantha S. Spangler
                                                Assistant U.S. Attorney

1

<u>Order</u>

Good cause appearing,

The government's application to withdraw and strike its sentencing memorandum, filed March 19, 2007, is GRANTED.

The Clerk of the Court is directed to remove Document No. 27 from the public record.

IT IS SO ORDERED.

DATED: April 13, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE