# United States District Court
## Eastern District of California

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
|  | (For Offenses committed on or after November 1, 1987) |
| **HAZEL LAVERN EDWARDS** | Criminal Number: **2:06CR00138-01** |
|  |  |
|  | Mary French, Assistant Federal Defender |
|  | Defendant's Attorney |

**THE DEFENDANT:**

[✔] admitted guilt to violation of charge(s) _1 and 2_ as alleged in the violation petition filed on _8/14/2007_.
[ ] was found in violation of condition(s) of supervision as to charge(s) ___ after denial of guilt, as alleged in the violation petition filed on _____.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | Use of a Controlled Substance | 7/26/2007 |
| 2 | Failure to Participate in Substance Abuse Testing as Directed by the Probation Officer | 7/1/2007 to the present |

The court: [✔] revokes: [ ] modifies: [ ] continues under same conditions of supervision heretofore ordered on _6/5/2007_.

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✔] Charge(s) _3_ is dismissed, upon motion made by the Government.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

October 1, 2007
Date of Imposition of Judgment

*/s/ William B. Shubb*
Signature of Judicial Officer

**William B. Shubb, United States District Judge**
Name & Title of Judicial Officer

October 8, 2007
Date

AO 245B-CAED (Rev. 3/04) Sheet 2 - Imprisonment

Case 2:06-cr-00138-WBS   Document 40   Filed 10/09/07   Page 2 of 2

CASE NUMBER:      2:06CR00138-01                                                                    Judgment - Page 2 of 2
DEFENDANT:        HAZEL LAVERNE EDWARDS

## IMPRISONMENT

     The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  sixty (60) days as to each of charges 1 and 2, to be served concurrently for a total term of 60 (sixty) days, with no further supervision to follow.

[✔]    The court makes the following recommendations to the Bureau of Prisons:   The Court recommends that the defendant be incarcerated at an institution as close to Sacramento, California as possible, as long as such recommendation is consistent with defendant's security classification and space availability.

[ ]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district.
      [ ] at ___ on ___.
      [ ] as notified by the United States Marshal.

[✔]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [✔] before  2:00 p.m.  on  11/13/2007  .
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Officer.
     If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

     Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
        Deputy U.S. Marshal