```
DANIEL J. BRODERICK, #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700



Attorney for Defendant
HAZEL LAVERNE EDWARDS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR S-06-0138 WBS |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED] ORDER** |
| v. ) | **TO EXTEND** |
| ) | **VOLUNTARY SURRENDER DATE** |
| HAZEL LAVERNE EDWARDS, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through Samantha Spangler, Assistant U.S. Attorney, and the defendant by and through her counsel, Mary French, Supervising Assistant Federal Defender, that, for the reasons set forth below, defendant's voluntary surrender date of Tuesday, November 13, 2007, be continued to a mutually agreed-upon time after defendant's release from the hospital and that the defense shall notify the court and the attorney for the government within 14 days of Ms. Edwards' release from the hospital.

1   Ms. Edwards was sentenced to 60 days' incarceration on October 1,
2  2007, and judgment was entered on October 9, 2007, with a voluntary
3  surrender date of November 13, 2007, no later than 2:00 p.m., to a
4  facility designated by the Bureau of Prisons.

5   On November 12, 2007, Ms. Edwards was admitted to the Intensive
6  Care Unit (ICU) at Kaiser Hospital on Morse Avenue, Sacramento,
7  California. As of this date, Ms. Edwards is still in the ICU at Kaiser
8  Hospital. Hospital staff have informed defense counsel that Ms. Edwards
9  is suffering from congestive heart failure, as well as chronic
10 obstructive pulmonary disease (COPD), and are unable to give a date
11 certain for Ms. Edwards' release.

12   The Office of the Federal Defender has been in contact with
13 Assistant United States Attorney Samantha Spangler, and she has no
14 objections to continuing the defendant's self-surrender date until a
15 mutually-agreed upon time after defendant's release from the hospital
16 and that the defense shall notify the court and the attorney for the
17 government within 14 days of Ms. Edwards' release from the hospital.

19 Dated:  December 3, 2007

                                   Respectfully submitted,

                                   DANIEL J. BRODERICK
                                   Federal Defender


                                   /s/ Mary M. French
                                   _____
                                   MARY M. FRENCH
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   HAZEL EDWARDS

Stipulation to Extend
Voluntary Surrender Date         -2-

```
Dated:  December 3, 2007              MCGREGOR W. SCOTT
                                      United States Attorney


                                      /s/  Mary M. French for
                                           Samantha Spangler
                                      _____
                                      SAMANTHA SPANGLER
                                      Assistant U.S. Attorney
                                      per telephonic authorization
```

ORDER

The voluntary surrender date of November 13, 2007, is vacated. The new date for self-surrender will be determined after defendant is released from the hospital and defense counsel notifies the court and the attorney for the government that the defendant has been released. IT IS SO ORDERED.

Dated: December 5, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE