1 DANIEL J. BRODERICK, #89424
Federal Defender
2 MARY M. FRENCH, Bar #126643
Assistant Federal Defender
3 Designated Counsel for Service
801 I Street, 3rd Floor
4 Sacramento, California 95814
Telephone: (916) 498-5700
5

6

7 Attorney for Defendant
HAZEL LAVERNE EDWARDS

8

9

10                    IN THE UNITED STATES DISTRICT COURT

11               FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13

14 UNITED STATES OF AMERICA,      ) No. CR S-06-0138 WBS
                                  )
15              Plaintiff,        )
                                  ) **STIPULATION AND [PROPOSED] ORDER**
16      v.                        ) **TO EXTEND VOLUNTARY SURRENDER**
                                  ) **DATE**
17 HAZEL LAVERNE EDWARDS,         )
                                  )
18              Defendant.        )
                                  )
19 _____ )

20       It is hereby stipulated and agreed to between the United States of

21 America through Samantha Spangler, Assistant U.S. Attorney, and the

22 defendant by and through her counsel, Mary French, Supervising

23 Assistant Federal Defender, that defendant's voluntary surrender date

24 shall be extended to Friday, February 15, 2008, at 2:00 p.m.  Ms.

25 Edwards shall voluntarily surrender to the federal institution at

26 Dublin, California, on that date.

27       Ms. Edwards was sentenced to 60 days' incarceration on October 1,

28 2007, and judgment was entered on October 9, 2007, with a voluntary

1  surrender date of November 13, 2007, no later than 2:00 p.m., to a

2  facility designated by the Bureau of Prisons.  This date was later

3  vacated due to Ms. Edwards' hospitalization.

4      On November 12, 2007, Ms. Edwards was admitted to the Intensive

5  Care Unit (ICU) at Kaiser Hospital on Morse Avenue, Sacramento,

6  California.  Ms. Edwards remained at the hospital, except for a short

7  period when she was released, only to be admitted again, until January

8  10, 2008.

9      Defense counsel has been in contact with Ms. Edwards who believes

10 that her medical emergency is under control at this time and states

11 that she will be able to self-surrender on February 15, 2008.

12 Dated:  January 17, 2008

13                                  Respectfully submitted,

14                                  DANIEL J. BRODERICK
                                   Federal Defender

15

16                                  /s/ Mary M. French

17                                  _____
                                   MARY M. FRENCH
                                   Assistant Federal Defender
18                                  Attorney for Defendant
                                   HAZEL EDWARDS

19

20 Dated:  January 17, 2008         MCGREGOR W. SCOTT
                                   United States Attorney

21

22                                  /s/  Mary M. French for
                                        Samantha Spangler

23                                  _____
                                   SAMANTHA SPANGLER
24                                  Assistant U.S. Attorney
                                   per telephonic authorization

25

26 //
   //
27 //

28

Stipulation to Extend
Voluntary Surrender Date          -2-

1                                ORDER

2        The new date for voluntary self-surrender shall be Friday,

3   February 15, 2008, no later than 2:00 p.m., at the federal correctional

4   institution at Dublin, California.

5

6   IT IS SO ORDERED.

7

8   Dated:   January 23, 2008

9

10   _____
     WILLIAM B. SHUBB

11   UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Extend
Voluntary Surrender Date          -3-