```
DANIEL J. BRODERICK, #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
HAZEL LAVERNE EDWARDS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR S-06-0138 WBS |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED] ORDER** |
| v. ) | **TO EXTEND VOLUNTARY SURRENDER** |
| ) | **DATE** |
| HAZEL LAVERNE EDWARDS, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through Samantha Spangler, Assistant U.S. Attorney, and the defendant by and through her counsel, Mary French, Supervising Assistant Federal Defender, that defendant's voluntary surrender date shall be extended to Friday, February 29, 2008, at 2:00 p.m. Ms. Edwards shall voluntarily surrender to the U.S. Marshals Service on that date.

The reason for this request is that defense counsel has been notified that the Board of Prisons has changed Ms. Edwards' designation

1  from Dublin, California to Carswell, Texas because of her enlarged
2  heart, need for oxygen 24/7, and other medical problems and needs.  The
3  designation was changed yesterday, February 13, 2008.  Ms. Edwards
4  cannot get to Texas on her own, so the marshals have agreed to arrange
5  for her to travel to Texas via plane; however, they require a letter
6  from Ms. Edwards' physician authorizing air travel.  Ms. Edwards has
7  requested the letter, but has not yet received it.
8      The parties wish to extend the surrender date to February 29, 2008
9  in order to allow time to obtain the letter authorizing air travel and
10 to give the marshals time to make the necessary travel arrangements.
11 Dated:   February 14, 2008

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


                                    /s/ Mary M. French
                                    _____
                                    MARY M. FRENCH
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    HAZEL EDWARDS

Dated:   February 14, 2008          MCGREGOR W. SCOTT
                                    United States Attorney


                                    /s/  Mary M. French for
                                         Samantha Spangler
                                    _____
                                    SAMANTHA SPANGLER
                                    Assistant U.S. Attorney
                                    per telephonic authorization


//
//
//
//

Stipulation to Extend
Voluntary Surrender Date             -2-

1                                    ORDER

2         The new date for voluntary self-surrender shall be Friday,

3    February 29, 2008, no later than 2:00 p.m., at the U.S. Marshals

4    Services in Sacramento, California.

5    IT IS SO ORDERED.

6    Dated:   February 14, 2008

                        _____
                        WILLIAM B. SHUBB
                        UNITED STATES DISTRICT JUDGE

Stipulation to Extend
Voluntary Surrender Date              -3-