```
DANIEL J. BRODERICK, #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
HAZEL LAVERNE EDWARDS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HAZEL LAVERNE EDWARDS,<br><br>　　　　　Defendant.<br>_____ | No. CR S-06-0138 WBS<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND VOLUNTARY SURRENDER DATE** |

　　　It is hereby stipulated and agreed to between the United States of America through Samantha Spangler, Assistant U.S. Attorney, and the defendant by and through her counsel, Mary French, Supervising Assistant Federal Defender, that defendant's voluntary surrender date shall be extended to Friday, April 4, 2008, at 2:00 p.m. Ms. Edwards shall voluntarily surrender to the U.S. Marshal's Service on that date, or to such other facility as the Bureau of Prisons may designate.

　　　The reason for this request is that after defense counsel was notified that the Bureau of Prisons had changed Ms. Edwards'

1  designation from Dublin, California, to Carswell, Texas, and the U.S.
2  Marshal's Office had arranged for Ms. Edwards to travel to Texas via
3  air, her doctor would not authorize her to fly. Nor would Ms. Edwards'
4  doctor release Ms. Edwards to make a 39-hour bus trip to Texas.
5      The parties wish to extend the surrender date to April 4, 2008 in
6  order to allow time for defense counsel and the U.S. Marshals to
7  arrange travel for Ms. Edwards that will meet the criteria of her
8  doctor, or to make alternative surrender plans for Ms. Edwards.
9  Dated:  March 4, 2008

10                                      Respectfully submitted,

11                                      DANIEL J. BRODERICK
                                        Federal Defender
12

13                                      /s/ Mary M. French
                                        _____
14                                      MARY M. FRENCH
                                        Assistant Federal Defender
15                                      Attorney for Defendant
                                        HAZEL EDWARDS
16

17 Dated:  March 4, 2008                MCGREGOR W. SCOTT
                                        United States Attorney
18

19                                      /s/  Mary M. French for
                                             Samantha Spangler
20                                      _____
                                        SAMANTHA SPANGLER
21                                      Assistant U.S. Attorney
                                        per telephonic authorization
22

23

24
   //
25
   //
26
   //
27
   //
28

Stipulation to Extend
Voluntary Surrender Date           -2-

1  ORDER

2  The new date for voluntary self-surrender shall be Friday, April 4, 2008, no later than 2:00 p.m., at the U.S. Marshal's Service in Sacramento, California, or at such other place as may be designated by the Bureau of Prisons.

IT IS SO ORDERED.

Dated:  March 4, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation to Extend
Voluntary Surrender Date                -3-