1  McGREGOR W. SCOTT
   United States Attorney
2  SAMANTHA S. SPANGLER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2792

5

6

7              IN THE UNITED STATES DISTRICT COURT

8          FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,      )    Case No. 2:06-138 WBS
                                  )
11           Plaintiff,           )    STIPULATION AND [PROPOSED]
                                  )    ORDER GIVING DEFENDANT CREDIT
12 v.                             )    FOR 7 DAYS SERVED, SUSPENDING
                                  )    BALANCE OF SENTENCE, AND
13 HAZEL LAVERN EDWARDS,          )    RELEASING HER
                                  )
14           Defendant.           )
   _____)    COURT:  Hon. William B. Shubb
15

16                          <u>Background</u>

17      Ms. Edwards suffers from congestive heart failure and chronic

18 obstructive pulmonary disease.  On September 10, 2007, Ms. Edwards

19 admitted violating the terms of her probation.  On October 1, 2007,

20 she was sentenced to serve 60 days in the custody of the Bureau of

21 Prisons, to commence on November 13, 2007.  The BOP designated her

22 to Dublin.  On November 12, 2007, Ms. Edwards was admitted to the

23 hospital intensive care unit, where she remained until January 10,

24 2008 (except for a short period when she was released and then re-

25 admitted).  Therefore, the self-surrender date was postponed several

26 times, ultimately to April 4, 2008.  On February 13, 2008, the BOP

27 re-designated her to Carswell, Texas, because of her medical

28 condition.  However, because she could not afford to travel to Texas

                                  1

1   on her own, the Marshal agreed to transport her, as soon as she

2   submitted a letter from her doctor authorizing air travel.  Her

3   doctor would not authorize her to fly or to take a 39-hour bus trip.

4        The prosecutor worked with the BOP Medical Designation Office

5   on finding a more local facility which could house Ms. Edwards for

6   60 days and meet her medical needs.  That office worked with the

7   Marshal, the Sacramento County Jail agreed to house her, and the

8   Carswell designation was cancelled.  Therefore, Ms. Edwards self-

9   surrendered on Friday, April 4, 2008, and began serving her 60-day

10  sentence at the Sacramento County Jail.  On Sunday, April 6, 2008,

11  she stopped breathing and was taken to the hospital, where she

12  remains, under guard around the clock by two deputies.

13       The Sacramento County Jail has asked the Marshal to find

14  another designation for her.  The Marshal has asked the prosecutor

15  and defense counsel for their assistance.  No other custodial

16  facility appears suitable except for Carswell.  However, the parties

17  agree that the extreme cost of sending her to Carswell for the

18  balance of a 60-day sentence is not fiscally wise, and it also may

19  pose further risk to Ms. Edwards' health.

20       The undersigned prosecutor has consulted with members of the

21  Probation Office to determine whether Ms. Edwards could serve the

22  balance of her sentence on home confinement and has learned that

23  there is no statutory basis for reinstating a term of probation once

24  probation has been revoked.

25                              Stipulation

26       Therefore, the parties hereto, through undersigned counsel,

27  stipulate that Ms. Edwards should be given credit for the seven days

28  ///

                                   2

1  she has served, the balance of the sentence should be suspended, and

2  she should be ordered released from custody.

3  DATED:  April 10, 2008              McGREGOR W. SCOTT
                                       United States Attorney
4

5                              by    /s/ Samantha S. Spangler
                                     Samantha S. Spangler
6                                    Assistant U.S. Attorney

7      So stipulated.

8  DATED:  April 10, 2008              DANIEL J. BRODERICK
                                       Federal Defender
9

10                             by    /s/ Samantha S. Spangler for
                                     Mary M. French
11                                   Assistant Federal Defender
                                     Counsel for Hazel L. Edwards
12

13                                 Order

14     Good cause appearing, the defendant is given credit for seven

15  days served, the balance of her sentence is suspended, and she is

16  ordered released from custody.

17     IT IS SO ORDERED.

18  DATED:  April 10, 2008

19

20      WILLIAM B. SHUBB
        UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28

                                   3