UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA



FILED
APR 1 0 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR S-06-0138-01 WBS |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| HAZEL LAVERNE EDWARDS, | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release **Hazel Lavern Edwards** Case CR S-06-0138-01 WBS from custody for the following reasons:

___   Release on Personal Recognizance

___   Bail Posted in the Sum of _____

___   Unsecured bond

___   Appearance Bond with 10% Deposit

___   Appearance Bond secured by Real Property

___   Corporate Surety Bail Bond

__X__   (Other) **Pursuant to stipulation filed 4/10/2008 giving defendant credit for the seven days time served, suspending previous sentence of 60 days; and ordering defendant released from custody.**

Issued at Sacramento, CA on April 10, 2008 at 5 p.m.

By _____
William B. Shubb,
United States District Judge

Orig & Copy: USM
Copy to Docketing